```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
              -v-                                          :     1: 16-cr-396-GHW
                                                           :
TUQUAN ROGERS,                                             :              ORDER
                                                           :
                          Defendant.                       :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/20

GREGORY H. WOODS, United States District Judge:

On June 2, 2020, Defendant filed a motion for compassionate release under 18 U.S.C. § 3582(c). The Court directs the United States to file any opposition to the motion no later than June 22, 2020; any reply is due no later than June 29, 2020.

SO ORDERED.

Dated: June 11, 2020

_____
GREGORY H. WOODS
United States District Judge